# ELECTRONIC RECORD

**396-15**
**397-15**

COA # 14-14-00209-CR

OFFENSE: Aggravated Robbery

STYLE: Jonathan Glen Johnson v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 263rd District Court

DATE: March 10, 2015 · Publish: No

TC CASE #:1377006

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jonathan Glen Johnson v The State of Texas

CCA # _____

_____PRO SE_____ Petition

CCA Disposition: _____ **396-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____ **397-15**

_____refused_____

JUDGE: _____

DATE: _July 29 2015_

SIGNED: _____    PC: _____

JUDGE: _PC_

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**